# Summary of 90.004 Approved Reports

(1st Supp. V. 6)

| Record | Name | Date | Impairment – Rec. Cite | Objections |
|---|---|---|---|---|
| 3058-59 | James Rolls | 4/10/2006 | | withdrawn |
| 3034-5 | Moreno Gallegos | 4/18/2006 | | withdrawn |
| 3003-5 | Sigfedo Zarate | 5/08/2006 | (Class 3/5th Ed.- 3114) | overruled |
| 2994-96 | Maurice Thomas | 5/08/2006 | (Class 3/5th Ed – 3099) | overruled |
| 2973-4 | Sammy Terry | 5/08/2006 | (Class 3/5th Ed – 2778) | overruled |
| 3046-47 | John Moore | 5/08/2006 | | overruled |
| 2976-81 | Johnny Blair | 5/22/2006 | (Class 3/5th Ed -2779) | withdrawn |
| 2982-86 | Ignacio Valdez | 5/22/2006 | (Class 2/5th Ed-2779) | withdrawn |
| 2988-2993 | Justo Garza | 5/22/2006 | (Class 2/5th Ed-2779) | withdrawn |
| 2997-3002 | Ron DeLeon | 5/22/2006 | (Class 3/5th Ed -2779) | withdrawn |
| 3006-8 | Roger Weaver | 5/22/2006 | (Class 2/5th Ed-2779) | withdrawn |
| 3031-32 | J. Youngblood | 5/22/2006 | (Class 4/5th Ed. - 3110) | withdrawn |
| 3042-43 | Richard Mullins | 9/25/2006 | | overruled |
| 3028-29 | Kenneth Golden | 10/24/2006 | (Class 4/5th Ed. – 3084) | withdrawn |
| 3037-43 | Joe Capps | 3/27/2006 | | overruled |
| 33025-26 | William Lamb | 4/16/2007 | | overruled |
| 3050-51 | Donny Hall | 4/16/2007 | (Class 3/5th Ed – 3095) | overruled |
| 2470-71 | Pilar Olivas | 7/12/2007 | Constitutional Challenge | 90.010 approved |
| 3048 -49 | Alfonso Marrufo | 6/11/2007 | | none |
| 3053-54 | James Glidwell | 8/30/2007 | (Class 4/4 & 5th Ed. – 3080) | overruled |
| 3044-45 | Doney Johnson | 3/17/2008 | | overruled |

**2008 - AMA Guides for the Evaluation of Permanent Impairment (6th Ed) Published**

| Record | Name | Date | Impairment – Rec. Cite | Objections |
|---|---|---|---|---|
| 3055-56 | James Maldonado | 9/18/2009 | (AMA 5th – 2780) | overruled |
| 3023-24 | Rodney Leday | 9/09/2010 | (AMA 5th – 2780) | none |
| 3018-19 | Jose Castillo | 6/27/2011 | (AMA 5th – 2780) | none |
| 3014-15 | Ulbester Rodriguez | 4/09/2012 | | granted in part |
| 3060-61 | Donnie Wolford | 3/5/12 | (Death – cancer -2780) | none |
| 3016-17 | Celso Mota | 9/03/2013 | (Class 3 – AMA unknown -2780) | none |
| 3020-22 | William Sipes | 3/26/2013 | (Class 3 – AMA unknown -2780) | none |
| 3012-13 | Rodrigo Aguilar | 4/03/2014 | (Class 4 – AMA unknown -3066) | none |

FILED IN
1st COURT OF APPEALS
HOUSTON, TEXAS
11/9/2015 8:23:35 AM
CHRISTOPHER A. PRINE
Clerk